United Stat District Court
for colorado

Sirrlove Williams
V.

7 John Do officers

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2022

JEFFREY P. COLWELL
CLERK

Motion to Sieze Bodcams and any
paperwork with my
I need Evidence Siezed
before its Destroy

07 21 2022